

NUMBER 13-13-00640-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE TORRES JR., **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee**.

**On appeal from the 404th District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Jose Torres Jr., attempts to appeal his conviction for aggravated assault. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On November 25, 2013, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification. No response was received and this Court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute this appeal and whether appellant is indigent and entitled to appointed counsel.

The trial court held a hearing on April 17, 2014. Appellant testified that he did not wish to prosecute the appeal. The trial court made findings that appellant does not have the right to appeal and recommended the appeal be denied. Accordingly, this appeal is REINSTATED.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of May, 2014.